IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| Courtroom Deputy: Monique Ortiz | FTR - Reporter Deck - Courtroom A402 |
|---|---|
| Date: March 5, 2019 | Alfred A Arraj United States Courthouse |

Civil Action No. 18-cv-03322-STV

*Parties*:  *Counsel*:

CLIFFORD L. EDWARDS       Marwan Daher

    Plaintiff,

v.

BC SERVICES, INC.       Irvin Borenstein

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONE RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 9:35 a.m.**
Court calls case. Appearance of counsel.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Deadline for Joinder of Parties/Amendment of Pleadings: **May 7, 2019**

Discovery cut-off: **August 29, 2019**

Dispositive Motions Deadline: **October 4, 2019**

Parties shall designate experts **on or before June 3, 2019**.

Parties shall designate rebuttal experts on or before **June 17, 2019.**

Each side shall be limited to **two (2)** experts, including rebuttal experts, absent further leave of court.

Each side shall be limited to **two (2)** depositions including experts, absent further leave of court.

Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production and **twenty-five (25)** requests for admissions, absent further leave of Court.

Counsel and the parties must notify chambers (303-335-2365) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2365, preferably as a joint conference call, and request that one be set.

**FINAL PRETRIAL** is set for **Deember 10, 2019 at 9:30 a.m.** before Magistrate Judge Scott T. Varholak.  Final Pretrial Order is due **no later than seven (7) days** before the Final Pretrial Conference. (See the court's website **www.cod.uscourts.gov** for Instructions for Preparation and Submission).  In accordance with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL/TRIAL PREPARATION CONFERENCE** will be set a a later date by Magistrate Judge Varholak. Parties anticipate a 1-2 day jury trial.

Court advises counsel to review its practice standards especially with regard to resolving discovery disputes.  Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.

- Scheduling Order is signed and entered with interlineations on March 5, 2019.

HEARING CONCLUDED.
**Court in recess:     9:36 a.m.**
Total In-Court Time:     00:01

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Court Reporting & Video, Inc. at (303)629-8534