# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action Number 1:18-cv-003322-STV

Clifford L. Edwards,

    Plaintiff,

v.

BC Services, Inc.,

    Defendant.

## DEFENDANT'S SUPPLEMENTAL LIST OF EXHIBITS

COMES NOW the above named Defendant, by and through its attorney, and submits Defendant's Supplemental List of Exhibits to the Final Pretrial Order (ECF No. 25) in the above captioned case as follows:

1. Plaintiff's driver's license and insurance card.
2. Colorado Imaging Associates spreadsheet.
3. December 19, 2018 audio recording of a conversation between Pinnacol Assurance and a representative of Defendant.
4. Any exhibits listed by Plaintiff.

Respectfully submitted this 10th day of December, 2019.

    s/ *Irvin Borenstein*
    Irvin Borenstein
    7200 S. Alton Way, Suite B180
    Centennial, Colorado  80112
    Phone:  303-468-5771
    Fax:  303-768-0220
    Email:  irv@ibalegal.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 10, 2019 I served a true and correct copy of the above and foregoing Defendant's Supplemental List of Exhibits on counsel through the ECF system, addressed as follows to:

<u>Nathan C. Volheim, Esq.</u>
<u>Sulaiman Law Group, Ltd.</u>
<u>2500 S. Highland Ace., Suite 200</u>
<u>Lombard, Illinois 60148</u>

                <u>*s/ Brittany Austin*</u>
                Brittany Austin - Paralegal